# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MELVIN BROWN

NO. 2021 KW 0046

**MARCH 30, 2021**

---

In Re:   Melvin Brown, applying for rehearing, 22nd Judicial
         District Court, Parish of St. Tammany, No. 541,579.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **APPLICATION FOR REHEARING DENIED.** An application for
rehearing will not be considered where this court denied the
original writ application. See Uniform Rules Louisiana Courts
of Appeal, Rules 2-18.7 & 4-9.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_q.s~Ɵ_

---
DEPUTY CLERK OF COURT
   FOR THE COURT